**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Marco Miguel Robertson,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Charles Samuels, *et al.*,<br><br>　　　　Defendants. | CIVIL ACTION NO. 3:13-CV-2500<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE CARLSON) |

## ORDER

**NOW**, this 7th day of November, 2013, **IT IS HEREBY ORDERED** that:

(1) Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is **GRANTED**.

(2) Magistrate Judge Carlson's Report and Recommendation to Plaintiff's Complaint (Doc. 6) is **ADOPTED**. Plaintiff **may file an amended complaint** within twenty (20) days from the date of entry of this order. If Plaintiff fails to file an amended complaint within this time period, his claims against Defendants Samuels and Thomas will be **dismissed without prejudice**.

(3) The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

　　　　　　　　　　　　　　　　　　　　　/s/ A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　　United States District Judge