**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARCO MIGUEL ROBERTSON,<br><br>    Plaintiff,<br><br>         v.<br><br>CHARLES SAMUELS, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:13-CV-2500<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE CARLSON) |

## ORDER

**NOW**, this 30th day of January, 2014, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation of Magistrate Judge Carlson (Doc. 19) is **ADOPTED**.

(2) Defendants Samuels and Thomas are **DISMISSED** from the action **with prejudice**.

(3) Plaintiff's Motion for A Protective/Restraining Order Against USP Lewisburg (Doc. 13) is **DENIED without prejudice**.

(4) The Complaint should be served on the remaining Defendant, Dr. Pigos.

(5) The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge